1
2
3
4
5
6
7
8
9
10

11           IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13  SCOTT N. JOHNSON,

14      Plaintiff,                CIV. S-06-1224-DFL-DAD

15      v.                        ORDER RE DISPOSITION AFTER
                                  NOTIFICATION OF SETTLEMENT
16  RONALD X. OXYER and
    WANDA L. OXYER,
17
        Defendants.
18  _____/

19      The court has been advised by Kendall J. Newman, Esq., that

20  this action has been settled.  Therefore, it is not necessary

21  that the action remain upon the court's active calendar.

22      Accordingly, IT IS ORDERED:

23      1.  That counsel file settlement/dismissal documents, in

24  accordance with the provisions of Local Rule 16-160, no later

25  than February 15, 2007, and,

26  ///

1

2.   That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated:   January 26, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

2